J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN W., an individual,<br><br>                         Plaintiff,<br><br>                  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                         Defendant. | Case No. 5:22-01476 ADS<br><br><br>JUDGMENT |

      Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.


DATED:  November 6, 2023       _____/s/ Autumn D. Spaeth_____
                                   THE HONORABLE AUTUMN D. SPAETH
                                   United States Magistrate Judge